UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :   **NOTICE OF INTENT**
        v.                          :   **TO FILE AN INFORMATION**
                                    :
SCOTT STRACK,                       :
                                    :   ~~07 Mag. 1569~~
                                    :   07 Cr. _____
        Defendant.                  :
                                    :   **07CRIM1217**
------------------------------------x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December 19, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                        By:   _____
                              Marissa Molé
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                        By:   _____
                              Fiona Doherty, Esq.
                              Attorney for SCOTT STRACK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 19 2007