UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

SCOTT STRACK,

          Defendant.

- - - - - - - - - - - - - - - - x



INFORMATION

07 Cr.

**07CRIM1217**

### COUNT ONE

    The United States Attorney charges:

    1. From in or about June 2006 through in or about July 2006, in the Southern District of New York, and elsewhere, SCOTT STRACK, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, anabolic steroids, a Schedule III controlled substance.

    (Title 21, United States Code, Sections 812, 841(a)(1),
    841(b)(1)(D); Title 18, United States Code, Section 2.)

### COUNT TWO

    The United States Attorney further charges:

    2. In or about August 2006, in the Southern District of New York, and elsewhere, SCOTT STRACK, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, anabolic steroids, a Schedule III controlled substance.

    (Title 21, United States Code, Sections 812, 841(a)(1),
    841(b)(1)(D); Title 18, United States Code, Section 2.)

## **FORFEITURE ALLEGATIONS AS TO COUNTS ONE AND TWO**

3. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Information, SCOTT STRACK, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Information, including but not limited to proceeds obtained as a result of the offenses described in Counts One and Two of this Information.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

SCOTT STRACK,

Defendant.

**INFORMATION**

07 Cr.

(21 U.S.C. § 841(b)(1)(D);
18 U.S.C. § 2)

MICHAEL J. GARCIA
United States Attorney.

12/21/07

Deft Strack pres w/ atty. Fiona Doherty. AUSA Morrissey Mae pres. Filed waiver of Ind. & information. Deft pleads N/G to information. Deft cont'd on Bail. Next conf 2/13/08 @ 11:00 AM.

Rakoff J.