```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- x
                    :
UNITED STATES OF AMERICA
                    :
     - v. -         :
                    :        WAIVER OF INDICTMENT
SCOTT STRACK,       :
                    :        S1 07 Cr. 1217 (JSR)
          Defendant.:
                    :
                    :
                    :
------------------- x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 844, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_/s/ Scott Strack_
SCOTT STRACK

_/s/ Fiona Doherty_
Fiona Doherty, Esq.
Attorney for SCOTT STRACK

Witness: _/s/ Rigoberto Landeros_

Date:   New York, New York
        March 10, 2008