UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :     SUPERSEDING
                                          INFORMATION
          - v. -                    :
                                          S1 07 Cr. 1217 (JSR)
SCOTT STRACK,                       :

          Defendant.                :

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

On or about September 21, 2007, in the Southern District of New York and elsewhere, SCOTT STRACK, the defendant, unlawfully, intentionally, and knowingly did possess a controlled substance, to wit, anabolic steroids, a Schedule III controlled substance.

(Title 21, United States Code, Section 844.)

_____
MICHAEL J. GARCIA
United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: MAR 10 2008